**Appellant deemed indigent, Appeal reinstated, and Order filed September 28, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00323-CR
_____

### CESAR CARLOS URBINA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 155th District Court**
**Austin County, Texas**
**Trial Court Cause No. 2018R-0157**

## ORDER

This appeal is from a judgment of conviction signed May 21, 2021. This court abated the appeal on August 5, 2021, pending a hearing on appellant's request for finding of indigency. On August 18, 2021, the trial court clerk filed a supplemental clerk's record demonstrating the trial court had granted appellant's request for a finding of indigency for this appeal's purposes. That finding entitles the appellant to a free copy of the record for this appeal. *See, e.g., Ramadan v. State*, 89 S.W.3d

744, 746 (Tex. App.—Houston [1st Dist.] 2002, no pet.). The trial court clerk has already filed a clerk's record for this case, but although the official court reporter of the trial court has indicated a reporter's record exists for this case, that record has not yet been filed with this court.

Accordingly, the court hereby **REINSTATES** this appeal and directs the official court reporter of the 155th District Court to file the reporter's record within **30 days** of the date of this order.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.